**FILED**
ASHEVILLE, N. C.

DEC 2 8 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.



**North Carolina Western**
**MEMORANDUM**

**Date:** December 28, 2005

**To:** The Honorable Dennis L. Howell
United States Magistrate Judge

**From:** Mark D. Corbin
U.S. Probation Officer

**Subject:** Leslie Dale BETTIE
Docket Number 2:98CR240

---

On 8/24/99 the above-named individual appeared before the Honorable Lacy H. Thornburg, United States District Court Judge, and was sentenced to 60 months imprisonment with a 3 year term of supervised release to follow. On 3/7/03 he was released from the Federal Bureau of Prisons to begin his 3 year term of supervision.

On 11/29/05 a Petition for Warrant was filed with the United States District Court, Asheville, NC for violations which occurred while under supervision. On 12/16/05 he appeared before Your Honor for a Detention Hearing. The defendant was Ordered detained and the Court would consider amending the Order of Detention Pending Trial to allow the defendant the opportunity to attend an inpatient treatment program that would last for a period of 28 days and the Court would consider substituting the inpatient treatment program for the 45 day period of confinement if there is no objection from the government or the United States Probation Office.

On 12/27/05 the United States Probation Office in Bryson City received a fax from Clark Corwin, substance abuse counselor, with Meridian Behavioral Health. Mr. Corwin advised the defendant is scheduled to begin inpatient treatment on 12/29/05 for a period of 21 days at ADATC in Black Mountain. He is scheduled to be released from this facility on 1/18/06. The United States Probation Officer has made arrangement to transport the defendant from the Buncombe County Jail to the treatment facility if the Court will consider amending the Order of Detention Pending Trial to allow him the opportunity to attend inpatient treatment.

The defendant will be allowed to be released on 12/29/05 contingent on him attending inpatient treatment at ADATC, Black Mountain. If he does not remain at the treatment facility and successfully complete inpatient treatment, he is to be taken back into custody of the U.S. Marshal's.

Approved: _X_

No Approved: _____

_Dennis E. Howell    December 28, 2005_
The Honorable Dennis Lee Howell
U.S. Magistrate Judge